# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| **v.** | § § Case No. 1:20-CR-159-LY |
| **CLAYTON ERIC CLAFLIN,** *Defendant* | § § § |

## O R D E R

Before the Court is Defendant Clayton Eric Claflin's Motion to Withdraw as Counsel and for Appointment of New Counsel, filed June 4, 2021 (Dkt. 43). The District Court referred the motion in part to the undersigned Magistrate Judge for the appointment of new counsel, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 56.

Defendant's motion is hereby **GRANTED IN PART.** Consistent with the Court's Order Regarding Financial Status entered March 30, 2020 (Dkt. 7), **IT IS ORDERED** that **Keith T. Lauerman #00786044** is hereby **APPOINTED** to represent Defendant.

It is **FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel. The motion to withdraw (Dkt. 43) remains pending before the District Court.

**SIGNED** on July 7, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE